IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHELLE LOCKHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18cv951-GMB |
| | ) | [wo] |
| BIO-MEDICAL APPLICATIONS OF | ) | |
| ALABAMA, INC. d/b/a FRESENIUS | ) | |
| MEDICAL CARE CAPITOL CITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the court is the Defendants' Partial Motion to Dismiss Plaintiff's State Law Claims. Doc. 2. It is ORDERED that on or before **January 21, 2019**, the plaintiff shall file a response to the motion (Doc. 2), and the defendant may file a reply on or before **January 28, 2019**.

DONE this 7th day of January, 2019.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE